# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 23, 2021

Lyle W. Cayce
Clerk

No. 20-20595
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

SAMUEL JOSEPH JACKSON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CR-412-2

Before OWEN, *Chief Judge*, and SOUTHWICK and WILSON, *Circuit Judges*.

PER CURIAM:*

Samuel Joseph Jackson, federal prisoner # 81720-279, appeals the denial of his motion for compassionate release under the First Step Act and the denial of reconsideration. *See* 18 U.S.C. § 3582(c)(1)(A)(i). The district court denied Jackson's motions without the benefit of intervening Fifth

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-20595

Circuit authority.  Therefore, we VACATE the district court's orders and REMAND for further consideration in light of *United States v. Shkambi*, 993 F.3d 388 (5th Cir. 2021).